1 | RACHELE R. BYRD (SBN 190634)
2 | MARISA C. LIVESAY (SBN 223247)
　　BRITTANY N. DEJONG (SBN 258766)
3 | **WOLF HALDENSTEIN ADLER**
　　　**FREEMAN & HERZ LLP**
4 | 750 B Street, Suite 1820
　　San Diego, CA 92101
5 | Telephone: (619) 239-4599
　　Facsimile: (619) 234-4599
6 | byrd@whafh.com
　　livesay@whafh.com
7 | dejong@whafh.com

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVA STEIN, | 3:19-cv-03307-RS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| INTERMOLECULAR, INC., MARVIN D. BURKETT, IRWIN FEDERMAN, CHRIS KRAMER, MATTHEW S. FURNAS, GEORGE M. SCALISE, ADAM SCHEER, JONATHAN B. SCHULTZ, KENNETH H. TRAUB, | JUDGE: Hon. Richard Seeborg<br>CTRM:  3 – 17th Floor |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice. Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which will be filed under this case number.

DATED: August 12, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: ___/s/ Rachele R. Byrd___
     RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

805729